DANIEL ORENBERG, ET AL. v. MARTIN GREENBLATT.

July 11, 1989.

Petition for certification denied.

ROBERT JONES v. POWER & COMMUNICATIONS SUPPLY COMPANY, ETC., ET AL., AND CYKLOP STRAPPING CORP.

July 11, 1989.

Petition for certification denied.

BOROUGH OF MERCHANTVILLE v. JOHN DAVIS, ET AL.

July 11, 1989.

Petition for certification denied.

JUNE C. MORREALE v. CHARLES MORREALE, JR.

July 11, 1989.

Petition for certification denied.